

## NUMBER 13-13-00703-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

SHELLY SALAZAR,                                                                    Appellant,

v.

BENEFICIAL FINANCIAL 1 INC.,
SUCCESSOR BY MERGER TO
BENEEFICIAL TEXAS, INC., ITS
SUCCESSORS AND ASSIGNS,                                          Appellees.

---

### On appeal from the 94th District Court
### of Nueces County, Texas.

---

## ORDER

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

Appellant, Shelly Salazar, appearing pro se, has filed an affidavit of inability to pay

filing fees.

Accordingly, we issue this notice and order, accompanied by "Dendant's [sic] Pauper's Affidavit for Appeal," to the trial court and the court reporter, and all parties. *See* Tex. R. App. P. 20.1.  The deadline for filing a contest to Salazar's request to proceed as an indigent party, if any, is on or before the expiration of ten days from the date of this order.

PER CURIAM

Delivered and filed the
12th day of February, 2014.